

**FILED**

APR 1 3 2011

CLERK
U.S. BANKRUPTCY

By_____
     Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

<u>UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY
FUND</u>

DEBTOR:____TROXELL, NICHOLAS ALAN TROXELL, SALLY JEANETTE____

CASE NO.: ____98-01177____

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| FDS Natl Bank, Bon Marche<br>Wallace and Demayo, PC<br>P.O. Box 7600<br>Norcross, GA 33091 | 22 | $19.89 |
| FCNB Preferred Charge (Spiegel)<br>P.O. Box 2650<br>Portland, OR 97208 | 10 | $288.88 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$_____

TOTAL:    $____308.77____

DATE:____April 10, 2011                           _____
                                                   TRUSTEE

RECEIPT # 21732

FEE AMT 308.77 INT 0/5